# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT
**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Afghan & Iraqi Allies

**v.**

Marco A. Rubio

**Case No:** 25-5279

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ◉ Gov't counsel

for the ◉ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| Marco A. Rubio | Joseph B. Edlow |
| Mora Namdar | Connie Nolan |
| U.S. Department of State | U.S. Department of Homeland Security |
| Markwayne Mullin | |

### Counsel Information

Lead Counsel: Larissa K. Johnson

Direct Phone: ( 202 ) 598-9126  Fax: ( 202 ) 305-7000  Email: Larissa.K.Johnson@usdoj.gov

2nd Counsel:

Direct Phone: ( ___ ) _____  Fax: ( ___ ) _____  Email:

3rd Counsel:

Direct Phone: ( ___ ) _____  Fax: ( ___ ) _____  Email:

Firm Name:  U.S. Department of Justice, Civil Division, Office of Immigration Litigation

Firm Address: PO Box 868, Ben Franklin Station, Washington, DC 20044

Firm Phone:  ( ___ ) _____  Fax: ( ___ ) _____  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.