**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| AFGHAN AND IRAQI ALLIES UNDER SERIOUS THREAT BECAUSE OF THEIR FAITHFUL SERVICE TO THE UNITED STATES, ON THEIR OWN AND ON BEHALF OF OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs-Appellees, <br><br> – against – <br><br> MARCO A. RUBIO, *et al.*, <br><br> Defendants-Appellants. | Case No. 25-5279 |

## PLAINTIFFS-APPELLEES' MOTION TO FILE SUPPLEMENTAL APPENDIX

Pursuant to Federal Rule of Appellate Procedure 27(a), Plaintiffs-Appellees respectfully request that the Court grant them leave to file a Supplemental Appendix containing twenty documents not included in the Joint Appendix. Plaintiffs-Appellees corresponded with Defendants-Appellants on June 1, 2026, and Defendants-Appellants represented that they take no position on the motion. Circuit Rule 30(e) allows for the filing of a supplemental Appendix "[i]f anything material to the appeal … is omitted from the appendix." Plaintiffs-Appellees' concurrently-filed Answering Brief references these documents, which are from the record before

1

the District Court, and Plaintiffs-Appellees therefore consider them relevant to the issues on appeal. The inclusion of these documents in a Supplemental Appendix will make locating and reading the documents more convenient for the Court and for the parties.

WHEREFORE, Plaintiffs-Appellees respectfully request that this Court grant leave to file a Supplemental Appendix.

Dated: June 3, 2026

Respectfully submitted,

Kimberly Grano
Guadalupe Aguirre
Pedro Sepulveda
INTERNATIONAL REFUGEE
ASSISTANCE PROJECT
One Battery Park Plaza, 33rd Floor
New York, NY 10004
Telephone: (646) 946-7453
kgrano@refugeerights.org
laguirre@refugeerights.org
psepulveda@refugeerights.org

David Y. Livshiz
Rebecca C. Kerr
Freshfields US LLP
3 World Trade Center
175 Greenwich Street, 51st Floor
New York, NY 10007
Telephone: (212) 227-4000
david.livshiz@freshfields.com
rebecca.kerr@freshfields.com

*/s/ Justin C. Simeone*
Justin C. Simeone
Carla Sung Ah Yoon

2

Freshfields US LLP
700 13th Street NW, 10th Floor
Washington, D.C. 20005
Telephone: (202) 777-4500
justin.simeone@freshfields.com
carla.yoon@freshfields.com

*Attorneys for Plaintiffs-Appellees and
Class Counsel*

## CERTIFICATE OF COMPLIANCE

1.     This Motion complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), the Motion contains 145 words.

2.     This Motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the typestyle requirements of Federal Rule of Appellate Procedure 32(a)(6) because this Motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

Dated: June 3, 2026

/s/     *Justin C. Simeone*
Justin C. Simeone

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2026, I electronically filed the foregoing document with the Clerk of Court for the United States Court of Appeals for the D.C. Circuit and accomplished service by using the appellate CM/ECF system.

Dated: June 3, 2026

/s/     *Justin C. Simeone*
          Justin C. Simeone