[ORAL ARGUMENT NOT YET SCHEDULED]
**No. 25-5279**

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

AFGHAN AND IRAQI ALLIES, UNDER SERIOUS THREAT BECAUSE OF THEIR FAITHFUL SERVICE TO THE UNITED STATES, *On Their Own and On Behalf of Others Similarly Situated*,

*Plaintiffs-Appellees*,

v.

MARCO A. RUBIO, in his official capacity as Secretary of the United States Department of State, et al.,

*Defendants-Appellants.*

---

On Appeal from the United States District Court for the District of Columbia
No. 1:18-cv-1388 (Hon. Tanya S. Chutkan)

---

## NOTICE BY AMBASSADOR RYAN C. CROCKER OF INTENT TO FILE AMICUS BRIEF SUPPORTING APPELLEES

---

Iain McPhie
Jeffrey S. Oliver
Qiuyang Wang
BAKER BOTTS L.L.P.
700 K Street, NW
Washington, DC 20001
(202) 639-1146
iain.mcphie@bakerbotts.com

*Counsel for Amicus Curiae*

### DISCLOSURE STATEMENT

As an individual, Fed. R. App. P. 26.1 and D.C. Cir. R. 26.1 do not apply to Ambassador Ryan C. Crocker.

### NOTICE OF INTENT AND REPRESENTATION OF CONSENT TO FILE BRIEF OF AMICUS CURIAE

Pursuant to D.C. Cir. R. 29(b), former United States Ambassador Ryan C. Crocker hereby provides notice of his intent to file an amicus brief supporting Appellees.[1] Ambassador Crocker has received consent from all parties on June 4, 2026, to file an amicus brief and intends to file his brief on June 10, 2026.

Dated: June 5, 2026

Respectfully submitted,

/s/ *Iain McPhie*
Iain McPhie
Jeffrey S. Oliver
Qiuyang Wang
BAKER BOTTS L.L.P.
700 K Street, NW
Washington, DC 20001
(202) 639-1146
iain.mcphie@bakerbotts.com

*Counsel for Amicus Curiae*
*Ambassador Ryan C. Crocker*

---

[1] Pursuant to Fed. R. App. P. 29(a)(4)(E), Ambassador Crocker certifies that no party or party's counsel will author his brief in whole or in part, and that no party or party's counsel has contributed money that was intended to fund preparing or submitting the brief. Counsel to Ambassador Crocker represents him in this matter on a pro bono basis.

1

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 5, 2026, I electronically filed the foregoing Notice by Ambassador Ryan C. Crocker of Intent to File Amicus Brief Supporting Appellees with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the CM/ECF system. All participants in this case registered with CM/ECF will be served by the CM/ECF system.


Dated: June 5, 2026                    /s/ *Iain McPhie*
                                       Iain McPhie

2