[ORAL ARGUMENT NOT YET SCHEDULED]

No. 25-5279

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

AFGHAN AND IRAQI ALLIES UNDER SERIOUS THREAT BECAUSE OF THEIR FAITHFUL SERVICE TO THE UNITED STATES, On Their Own and On Behalf of Others Similarly Situated,

*Plaintiffs-Appellees*,

v.

MARCO A. RUBIO, in his official capacity as
Secretary of the United States Department of State, *et al.*,

*Defendants-Appellants.*

————————————

On Appeal from the United States District Court for the District of Columbia
No. 1:18-cv-1388 (Hon. Tanya S. Chutkan)

————————————

**NOTICE BY FORMER U.S. REPRESENTATIVE EARL BLUMENAUER OF INTENT TO FILE AMICUS BRIEF SUPPORTING APPELLEES**

David Carter
Vinson & Elkins LLP
2001 Ross Avenue, Suite 3900
Dallas, TX 75201
Phone: 214.220.7893
Email: davidcarter@velaw.com

Meghan Natenson
Vinson & Elkins LLP
555 Mission Street, Suite 2000
San Francisco, CA 94105
Phone: 415.979.6962
Email: mnatenson@velaw.com

*Counsel for Amicus Curiae Earl Blumenauer*

## DISCLOSURE STATEMENT

As an individual, Fed. R. App. P. 26.1 and D.C. Cir. R. 26.1 do not apply to former U.S. Representative Earl Blumenauer.

## NOTICE OF INTENT AND REPRESENTATION OF CONSENT TO FILE BRIEF OF AMICUS CURIAE

Pursuant to D.C. Cir. R. 29(b), former U.S. Representative Earl Blumenauer hereby provides notice of his intent to file an amicus brief supporting Appellees.[1] Mr. Blumenauer received consent from all parties on June 9, 2026, to file an amicus brief and intends to file his brief on June 10, 2026.

Respectfully submitted,


Date:  June 10, 2026                    */s/ Meghan Natenson*

David Carter                                    Meghan Natenson
Vinson & Elkins LLP                      Vinson & Elkins LLP
2001 Ross Avenue, Suite 3900     555 Mission Street, Suite 2000
Dallas, TX 75201                          San Francisco, CA 94105
Phone: 214.220.7893                     Phone: 415.979.6962
Email: davidcarter@velaw.com    Email: mnatenson@velaw.com


*Counsel for Amicus Curiae Earl Blumenauer*

---

[1] Pursuant to Fed. R. App. P. 29(a)(4)(E), Mr. Blumenauer certifies that no party or party's counsel will author his brief in whole or in part, and that no party or party's counsel has contributed money that was intended to fund preparing or submitting the brief. Counsel to former U.S. Representative Blumenauer represents him in this matter on a pro bono basis.

## CERTIFICATE OF SERVICE

I certify that on June 10, 2026, I caused a true and accurate copy of the foregoing document to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit through the CM/ECF system. I certify that the participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Meghan Natenson*
Meghan Natenson
*Counsel for Amicus Curiae*
*Earl Blumenauer*

2