# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Afghan and Iraqi Allies, et al.,

**v.**

Marco Rubio, et al.

**Case No:** 25-5279

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained  ● Pro Bono  ☐ Appointed (CJA/FPD)  ☐ Gov't counsel

for the ☐ Appellant(s)/Petitioner(s)  ● Appellee(s)/Respondent(s)  ☐ Intervenor(s)  ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| Afghan and Iraqi Allies | John Doe Echo |
| John Doe Alpha | |
| Jane Doe Bravo | |
| Jane Doe Delta | |

### Counsel Information

**Lead Counsel:** Kimberly R. Grano (appearance already entered)

**Direct Phone:** (646) 946-7453  **Fax:** ( ) -  **Email:** kgrano@refugeerights.org

**2nd Counsel:** Guadalupe V. Aguirre (appearance already entered)

**Direct Phone:** (929) 246-0154  **Fax:** ( ) -  **Email:** laguirre@refugeerights.org

**3rd Counsel:** Pedro Sepulveda, Jr.

**Direct Phone:** (929) 819-3805  **Fax:** ( ) -  **Email:** psepulveda@refugeerights.org

**Firm Name:** International Refugee Assistance Project

**Firm Address:** One Battery Park Plaza, 33rd Floor, New York, NY 10004

**Firm Phone:** ( ) -  **Fax:** (516) 324-2267  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)