

**International Refugee Assistance Project**

August 11, 2026

Clifton Cislak, Clerk of Court
United States Court of Appeals for the D.C. Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:    *Afghan & Iraqi Allies v. Rubio*, Nos. 25-5279, 25-5480 (D.C. Cir.)

Dear Mr. Cislak:

      I represent Plaintiffs-Appellees Afghan and Iraqi Allies in the above-captioned matter. Pursuant to the Court's Handbook of Practice and Internal Procedures Section X.D, I write to inform the Court that due to pre-planned work-related and personal international travel, arguing counsel will be unavailable for oral argument from October 5 through 9, 2026, from October 19 through November 4, 2026, and from November 16 through 27, 2026. Plaintiffs-Appellees respectfully request that the Court avoid scheduling this case for oral argument on those dates to the extent possible.

      Thank you for your consideration.

Sincerely,

/s/ Kimberly Grano
Kimberly Grano
International Refugee Assistance Project
One Battery Park Plaza, 33rd Floor
New York, NY, 10004
646-946-7453
kgrano@refugeerights.org
*Counsel for Plaintiffs-Appellees*

cc: All counsel of record, via ECF