**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA**

AFGHAN AND IRAQI ALLIES UNDER SERIOUS THREAT BECAUSE OF THEIR FAITHFUL SERVICE TO THE UNITED STATES, ON THEIR OWN AND ON BEHALF OF OTHERS SIMILARLY SITUATED,

Plaintiffs,

– against –

MARCO RUBIO, et al.,

Defendants.

Case No. 25-5279
(Consolidated with 25-5480)

## NOTICE OF WITHDRAWAL OF COUNSEL

The undersigned counsel hereby notifies the Court of his withdrawal as counsel for Plaintiffs-Appellees in the above-captioned case. Plaintiffs-Appellees will continue to be ably represented by other counsel of record, including counsel from Freshfields US LLP and the International Refugee Assistance Project.

Dated: August 20, 2026
Washington, DC

Respectfully submitted,

<u>/s/ *Justin C. Simeone*</u>

Justin C. Simeone
FRESHFIELDS US LLP
700 13th Street NW, 10th Floor
Washington, DC 20005
Telephone: 202-777-4500
Email: justin.simeone@freshfields.com