# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5279** **September Term, 2026**

**1:18-cv-01388-TSC**

**Filed On: October 28, 2026** **[2200711]**

Afghan and Iraqi Allies, Under Serious Threat Because of Their Faithful Service to the United States, on Their Own and on Behalf of Others Similarly Situated,

Appellee

v.

Marco Rubio, et al.,

Appellants

------------------------------

Consolidated with 25-5480

## O R D E R

Upon consideration of appellees' motion to divide oral argument time, it is

**ORDERED** that the motion be denied. The following times are allotted for the oral argument of these cases scheduled for November 6, 2026, at 9:30 A.M.:

| | | |
|---|---|---|
| Appellants | - | 15 Minutes |
| Appellee | - | 15 Minutes |

One counsel per side to argue. The panel considering this case will consist of Chief Judge Srinivasan, Circuit Judge Childs, and Senior Circuit Judge Ginsburg.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by October 30, 2026.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)