# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5279** **September Term, 2026**

**1:18-cv-01388-TSC**

**Filed On: November 6, 2026** **[2202192]**

Afghan and Iraqi Allies, Under Serious Threat Because of Their Faithful Service to the United States, on Their Own and on Behalf of Others Similarly Situated,

Appellee

v.

Marco Rubio, et al.,

Appellants

------------------------------

Consolidated with 25-5480

**BEFORE:** Chief Judge Srinivasan, Circuit Judge Childs, and Senior Circuit Judge Ginsburg

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Friday, November 6, 2026 at 9:34 a.m. The cause was heard as case No. 1 of 1 and argued before the Court by:

Ruth Ann Mueller (DOJ), counsel for Appellants.

Kimberly Grano, counsel for Appellee.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Anne A. Rothenberger
Deputy Clerk