**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

AFGHAN AND IRAQI ALLIES UNDER SERIOUS THREAT BECAUSE OF THEIR FAITHFUL SERVICE TO THE UNITED STATES, ON THEIR OWN AND ON BEHALF OF OTHERS SIMILARLY SITUATED,

Plaintiffs-Appellees,

– against –

MARCO RUBIO, et al.,

Defendants-Appellants.

Case Nos. 25-5279, 25-5480

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that Kimberly Grano withdraws her appearance as counsel for Plaintiffs-Appellees in the above-captioned matters, as she is leaving her employment at the International Refugee Assistance Project. Other counsel from the International Refugee Assistance Project and Freshfields US LLP remain as counsel for Plaintiffs-Appellees.

Dated: November 24, 2026

Respectfully submitted,

/s/ Kimberly R. Grano
Kimberly R. Grano
International Refugee
Assistance Project
One Battery Park Plaza, 33rd Floor
New York, NY 10004
Telephone: (646) 946-7453
kgrano@refugeerights.org

*Counsel for Plaintiffs-Appellees*